UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH, PA., and
ILLINOIS NATIONAL INSURANCE
COMPANY,

        Plaintiffs,

v.

ALTICOR, INC., AMWAY
CORPORATION, and QUIXTAR,
INC.,

        Defendants.
_____/

Case No. 1:05-cv-15

Hon. Richard Alan Enslen

**JUDGMENT**

      In accordance with the Opinion of this date;

      **IT IS HEREBY ORDERED** that Plaintiffs National Union Fire Insurance Company of Pittsburgh, Pennsylvania and Illinois National Insurance Company's Motion for Summary Judgment (Dkt. No. 22) is **GRANTED** and Defendants Alticor, Inc., Amway Corporation and Quixtar, Inc.'s Motion for Partial Summary Judgment (Dkt. No. 4) is **DENIED**.

      **IT IS FURTHER ORDERED** that declaratory judgment is entered in favor of Plaintiffs and against Defendants declaring that Defendants have no right to a defense or indemnity under the policies of insurance specified in the Complaint regarding the lawsuit, *Nitro Distribution, Inc. v. Alticor, Inc.*, 03-3290-CV-S-RED, pending before the Western District of Missouri.

Dated in Kalamazoo, MI:
September 12, 2005

        /s/Richard Alan Enslen
        Richard Alan Enslen
        Senior United States District Judge